

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 19, 2023

**BY ECF**
The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

      Re:   *United States v. Fermin*, **22 Cr. 12 (JPO)**

Dear Judge Oetken:

The parties respectfully submit this letter regarding the upcoming status conference in this matter scheduled for Thursday, April 20, 2023. The Court has informed the parties that it intends to adjourn the current conference date, and the parties request that the conference be postponed to April 26, 2023 at 4:30 p.m.

In light of the adjournment, the Government also moves for the exclusion of time under the Speedy Trial Act, Title 18, United States Code, Section 3161, until April 26, 2023. The exclusion of time will permit the parties to continue to engage in discussions regarding the potential for a pretrial disposition in this case.

> Granted. The April 20, 2023 pretrial conference is adjourned to April 26, 2023 at 4:30 pm. The Court hereby excludes time through April 26, 2023, under the Speedy Trial Act, 18 USC 3161(h)(7)(A), finding that the ends of justice outweigh the interests of the public and the defendant in a speedy trial.
> So ordered:
> 4/20/2023

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: _____/s/_____
    Mitzi S. Steiner
    Assistant United States Attorney
    (212) 637-2284

_____
J. PAUL OETKEN
United States District Judge