UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

BELLANILDA FERMIN,

                Defendant.

ORDER

22 Cr. 12 (JPO)

    WHEREAS, with the defendant's consent, his guilty plea allocution was made before United States Magistrate Stewart D. Aaron on May 3, 2023;

    WHEREAS, a transcript of the plea allocution was made and thereafter was transmitted to the District Court;

    WHEREAS, upon review of the transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

    IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated: New York, New York
        May 9, 2023

_____
J. PAUL OETKEN
United States District Judge