UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BELLANILDA FERMIN,<br>                              Defendant. | 22-CR-12-2 (JPO)<br><br>ORDER |

J. Paul Oetken, District Judge:

   Pretrial Services is hereby directed to release custody of Bellanilda Fermin's passport and return it to her or her designated representative.

   SO ORDERED.

Dated: August 16, 2024
       New York, New York

_____
J. PAUL OETKEN
United States District Judge